NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE TERRY, DOC# 527778,   )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-1120
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____ )

Opinion filed February 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.

          Affirmed.


SILBERMAN, BLACK, and SALARIO, JJ., Concur.